EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Lourdes T. Pagán González | 2016 TSPR 183<br><br>196 DPR ____ |

Número del Caso: TS-9867

Fecha: 10 de agosto de 2016

Abogado del Peticionario:

      Lcdo. José L. Ramírez de León

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | | Reinstalación |
|---|---|---|
| Lourdes T. Pagán González | Núm. TS-9867 | |

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de agosto de 2016.

Examinada la *Segunda moción para solicitar reactivación en la práctica de la abogacía,* presentada por la abogada Lourdes T. Pagán González, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Pagán González actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

La Jueza Presidenta Oronoz Rodríguez hace constar la siguiente expresión:

"La Jueza Presidenta Oronoz Rodríguez condicionaría la solicitud de cambio de estatus a abogada activa presentada por la Sra. Lourdes T. Pagán González a que ésta acredite que completó un curso de repaso de reválida. Ello, en vista de que la señora Pagán González no practica la profesión legal en nuestra jurisdicción desde junio de 2003."

La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo